

LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
Greenbelt Division

IN RE:  
WILLIAM F. MANSFIELD, JR  
    Debtor

Case No. 19-26024-LSS

Chapter 7

_____

SPECIALIZED LOAN SERVICING LLC  
    Movant  
v.  
WILLIAM F. MANSFIELD, JR  
    Debtor/Respondent  
and  
STEVEN H GREENFELD  
    Trustee/Respondent

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

Upon review of the Motion for Relief from the Automatic Stay filed herein by Specialized Loan Servicing LLC ("Movant"), and in the absence of any opposition thereto, it is

ORDERED that the Automatic Stay imposed by 11 U.S.C. § 362(a) is TERMINATED to enable Movant and/or its successors and assigns to cause the commencement or continuation of a foreclosure proceeding, and/or pursue other means, as permitted by state law, of obtaining or transferring title to the real property belonging to the debtor and known as 8450 Palmer Road, Middletown, MD 21769 (the "Property"), and to allow the purchaser or transferee to obtain possession of same; and is further,

ORDERED, that the Automatic Stay of 11 U.S.C. § 362(a) shall not be reimposed as to the Debtor's interest in the Property by the conversion of this case to a case under another Chapter of the United States Bankruptcy Code.

BWW#:MD-332706

cc:

BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD 20852

Steven H Greenfeld, Trustee
2600 Tower Oaks Blvd.
Suite 103
Rockville, MD 20852

Michael Patrick Coyle, Esq.
7061 Deepage Drive
Suite 101B
Columbia, MD 21045

William F. Mansfield, Jr
8450 Palmer Road
Middletown, MD 21769

**END OF ORDER**